**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01284-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02337-2018**

## ORDER

Before the Court is appellant's April 29, 2019 motion for an extension of time to file his brief. We **GRANT** the motion and extend the time to **June 10, 2019**. We expressly caution appellant that further extension requests in this accelerated appeal will be strongly disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE